424 A.2d 540

Commonwealth v. Stella, Appellant.

 Submitted April 12, 1979. John R. Cook, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.